IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARRIE L. BAKER, JOHN G. BAKER,

and ADAM L. BAKER,

Plaintiffs,

v.

USA TRUCK, INC., WILLIE LEWIS,

and GREGORY BARNHART,

Respondents.                                No. 12-1243-DRH-SCW

## ORDER

**HERNDON, Chief Judge:**

Pending now before the Court is plaintiffs Carrie Baker, John Baker, and Adam Baker's motion for dismissal (Doc. 23) only as to defendant Gregory Barnhart. The Court acknowledges said motion and holds that Gregory Barnhart is **DISMISSED WITHOUT PREJUDICE** and without costs or attorneys' fees.

**IT IS SO ORDERED.**

Signed this 13th day of May, 2013.

David R. Herndon
2013.05.13
16:12:22 -05'00'

Chief Judge
United States District Court